IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NORMANE MARTIN**                                                                          **PLAINTIFF**

v.                              **CASE NO. 4:21-CV-00322-BSM**

**WEST TREE SERVICE, LLC**                                                          **DEFENDANTS**

## ORDER

Pursuant to the parties' stipulation of dismissal [Doc. No. 12] and Federal Rule of Civil Procedure 41, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE