IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NORMANE MARTIN**                                                                **PLAINTIFF**

v.                      **CASE NO. 4:21-CV-00322-BSM**

**WEST TREE SERVICE, LLC**                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE